## LIST OF EXHIBITS

Exhibit A   July 7, 2023 Warning Letter (Wisconsin State Capitol Police letterhead, bearing Chief David M. Erwin's printed name and DCI signature block).

Exhibit B   New London Police Department Incident Report (Incident No. N23003687), authored by Officer Ben Schmidt on or about July 14, 2023, describing the Warning Letter as a "harassment order."

Exhibit C   First Affidavit of Jed D. Roffers filed in Bernegger v. Wisconsin Elections Commission, Waupaca County Case No. 23-CV-0046 (Doc. 86), including Exhibit B thereto (Schmidt incident report).

Exhibit D   Second Affidavit of Jed D. Roffers filed in Case No. 23-CV-0046 (Doc. 101).

Exhibit E   Wisconsin Department of Justice Division of Criminal Investigation operational assignment record and Wisconsin voter-registration record reflecting Defendant Roffers's Winnebago County (Village of Fox Crossing) residence and Fox Valley/Appleton field-office assignment.

Exhibit F   Wisconsin Elections Commission counsel's relevant motion and brief filings in Case No. 23-CV-0046 deploying the Warning Letter, Schmidt incident report, and Roffers affidavits to seek protection from Wolfe's deposition.

Exhibit G   Wisconsin court decision in *Braun v. Wisconsin Elections Commission* addressing the unlawful use of the Mail Voter Registration Form in Wisconsin.

Exhibit H   True and correct copy of the unlawful Mail Voter Registration Form as accepted and used in Wisconsin during the relevant period; with envelope.

Exhibit I May 15, 2023 email from Plaintiff to Meagan Wolfe and WEC, including Plaintiff's written demand for retraction of Wolfe's alleged false violence narrative and Plaintiff's criticism of WEC's alleged processing of approximately 250,000 paper voter-registration applications through a Madison post-office-box pathway.

# Exhibit A

*Exhibit A*



# STATE OF WISCONSIN
# DEPARTMENT OF ADMINISTRATION
# WISCONSIN STATE CAPITOL
# POLICE



### Chief David M. Erwin

RE: Meagan Wolfe and others at the Wisconsin Election Commission

Warning letter served to: *Peter Bernegger*
*1806 Brynnwood Tree, New London, WI 54961*

The Wisconsin State Capitol Police Department is investigating your behavior towards the above-named persons.

The behavior you have engaged in could be interpreted as "stalking" as defined by Wisconsin State Statute ss. 940.32 and 802.05(2). Stalking can be described as intentionally engaging in a course of conduct directed at a specific person or persons that would cause a reasonable person under the same circumstances to suffer serious emotional distress such as feeling harassed, tormented or intimidated. Your behavior has induced such distress in Meagan Wolfe and others at the Wisconsin Election Commission

The Wisconsin law makes stalking a crime. The Wisconsin State Capitol Police Department takes this law very seriously.

Any communications you have with Meagan Wolfe and others at the Wisconsin Election Commission are to be pursuant to and as provided by law, including Wis. Stat. §802.05(2), or administrative code provisions, and in no event are you to have contact by any means in any way other than during regular business hours.

Please consider this a formal warning that any future stalking behavior for which you are responsible could result in arrest by law enforcement and prosecution.

Served and signed on 7/27/2023   by Special Agent   TED ROFFERS

Of the Division of Criminal Investigation (DCI)

At 1806 Brynnwood Tree, New London, WI
(location)

Original to recipient - copies to Capitol PD; 17 West Main Street, Madison, WI 53702

Roffers Aff. Ex. A.

# Exhibit B

*Exhibit B*



# NEW LONDON POLICE DEPARTMENT
## Officer Report for Incident N23003687

|  |  |
|---|---|
| **Nature:** Assist | **Address:** 1806 BRYNNWOOD TRCE |
| **Location:** ONLP | NEW LONDON WI |

| | | |
|---|---|---|
| **Offense Codes:** ASST | | |
| **Received By:** TAYLOR L | **How Received:** T | **Agency:** NW |
| **Responding Officers:** SCHMIDT B | | |
| **Responsible Officer:** SCHMIDT B | **Disposition:** CLO 07/07/23 | |
| **When Reported:** 08:43:07 07/07/23 | **Occurred Between:** 08:43:02 07/07/23 and 08:43:40 07/07/23 | |

| | | |
|---|---|---|
| **Assigned To:** | **Detail:** | **Date Assigned:** **/**/** |
| **Status:** | **Status Date:** **/**/** | **Due Date:** **/**/** |

**Complainant:**

| | | |
|---|---|---|
| **Last:** | **First:** | **Mid:** |
| **DOB:** **/**/** | **Dr Lic:** | **Address:** |
| **Race:**      **Sex:** | **Phone:** | **City:** , |

## Offense Codes

| | |
|---|---|
| **Reported:** ASST ASSIST | **Observed:** |
| **Additional Offense:** ASST ASSIST | |

## Circumstances

| | |
|---|---|
| **Responding Officers:** | **Unit :** |
| SCHMIDT B | 8021 |

| | |
|---|---|
| **Responsible Officer:** SCHMIDT B | **Agency:** NW |
| **Received By:** TAYLOR L | **Last Radio Log:** 08:56:06 07/07/23 C |
| **How Received:** T Telephone | **Clearance:** N NO REPORT |
| **When Reported:** 08:43:07 07/07/23 | **Disposition:** CLO Date: 07/07/23 |
| **Judicial Status:** | **Occurred between:** 08:43:02 07/07/23 |
| **Misc Entry:** | **and:** 08:43:40 07/07/23 |

| | | |
|---|---|---|
| **Modus Operandi:** | **Description :** | **Method :** |

## Involvements

| Date | Type | Description | Relationship |
|---|---|---|---|
| 07/07/23 | Name | BERNEGGER, PETER M | Contact |

07/14/23

Roffers Aff. Ex. B

| 07/07/23 | Cad Call | 08:43:07 07/07/23 Assist | Initiating Call |

Roffers Aff. Ex. B

## Narrative

Assisted DCI with serving a harassment order to Peter Bernnegger. Peter refused to take the paper and asked that the DCI Agent place the paper on the front step.

Ben Schmidt #21
New London Police Department

07/14/23

Roffers Aff. Ex. B

## Name Involvements:

**Contact :** 1768094

**Last:** BERNEGGER        **First:** PETER        **Mid:** M

**DOB:** ██████        **Dr Lic:** ████████        **Address:** 1806 BRYNNWOOD TRCE

**Race:** W        **Sex:** M        **Phone:** ████████        **City:** NEW LONDON, WI 54961

07/14/23

Roffers Aff. Ex. B

# Exhibit C

FILED
08-02-2023
Waupaca County Courts
Yvette Kienert
2023CV000046

**Exhibit C**

*7 pages*

STATE OF WISCONSIN   CIRCUIT COURT   WAUPACA COUNTY
BRANCH 1

PETER BERNEGGER,

      Petitioner,

    v.

WISCONSIN ELECTIONS
COMMISSION,

      Respondent.

Case No. 23-CV-0046

---

## AFFIDAVIT OF JED D. ROFFERS

---

STATE OF WISCONSIN )
                   ) ss.
COUNTY OF DANE    )

    **JED D. ROFFERS**, being first duly sworn on oath, deposes and states as follows:

    1.    I am an adult resident of the State of Wisconsin who is employed in Dane County. I am a special agent with the Division of Criminal Investigation within the Wisconsin Department of Justice. I make this affidavit based upon my personal knowledge and review of business records.

    2.    At approximately 8:47 a.m., on July 7, 2023, in my capacity as a special agent, I made contact with Peter Bernegger at his residence of 1806 Brynnwood Trce, New London, Wisconsin.

3. I identified myself as a special agent with the Division of Criminal Investigation and presented my agency-issued credentials. I was accompanied by a uniformed officer of the New London Police Department, Ben Schmidt.

4. Peter Bernegger opened his front door but kept his screen door closed. I was able to verbally communicate with him through the screen.

5. I had in-hand a stalking warning letter drafted by the Wisconsin State Capitol Police. A true and correct copy of the letter is attached as Exhibit A.

6. Peter Bernegger was unwilling to physically accept the letter from me. Per his request, I left the letter on the front porch of his residence, directly outside his front door.

7. Later, the New London Police Department created a report about service of the stalking warning letter to Peter Bernegger and provided DCI with a copy, which is attached as Exhibit B.

JED D. ROFFERS

Subscribed and sworn to before me
this ___ day of August, 2023.

Notary Public, State of Wisconsin
My Commission: Expires 01/31/2026

2



# STATE OF WISCONSIN
## DEPARTMENT OF ADMINISTRATION
# WISCONSIN STATE CAPITOL POLICE



### Chief David M. Erwin

RE:   Meagan Wolfe and others at the Wisconsin Election Commission

Warning letter served to: *Peter Bernegger*
*1806 Brynnwood Trce, New London, WI 54961*

The Wisconsin State Capitol Police Department is investigating your behavior towards the above-named persons.

The behavior you have engaged in could be interpreted as "stalking" as defined by Wisconsin State Statute ss. 940.32 and 802.05(2). Stalking can be described as intentionally engaging in a course of conduct directed at a specific person or persons that would cause a reasonable person under the same circumstances to suffer serious emotional distress such as feeling harassed, tormented or intimidated.  Your behavior has induced such distress in Meagan Wolfe and others at the Wisconsin Election Commission

The Wisconsin law makes stalking a crime.  The Wisconsin State Capitol Police Department takes this law very seriously.

Any communications you have with Meagan Wolfe and others at the Wisconsin Election Commission are to be pursuant to and as provided by law, including Wis. Stat. §802.05(2), or administrative code provisions, and in no event are you to have contact by any means in any way other than during regular business hours.

Please consider this a formal warning that any future stalking behavior for which you are responsible could result in arrest by law enforcement and prosecution.

Served in hand on _07/07/2023_  by Special Agent ___JED  ROFFERS___

Of the Division of Criminal Investigation (DCI)

At ___1806 Brynnwood Trce  New London, WI___
(Location)

Original to recipient / copies to Capitol PD: 17 West Main Street, Madison, WI 53702

17 W. Main St. Rm. 301 ◼ Madison, WI 53703 ◼ Emergency (608) 266-7700 ◼ Non-Emergency (608) 266-8797 ◼ Fax (608) 267-9133

Roffers Aff. Ex. A.

 # NEW LONDON POLICE DEPARTMENT
## Officer Report for Incident N23003687

| | |
|---|---|
| **Nature:** Assist | **Address:** 1806 BRYNNWOOD TRCE |
| **Location:** ONLP | NEW LONDON WI |

| | | |
|---|---|---|
| **Offense Codes:** ASST | | |
| **Received By:** TAYLOR L | **How Received:** T | **Agency:** NW |
| **Responding Officers:** SCHMIDT B | | |
| **Responsible Officer:** SCHMIDT B | **Disposition:** CLO 07/07/23 | |
| **When Reported:** 08:43:07 07/07/23 | **Occurred Between:** 08:43:02 07/07/23 and 08:43:40 07/07/23 | |

| | | |
|---|---|---|
| **Assigned To:** | **Detail:** | **Date Assigned:** **/**/** |
| **Status:** | **Status Date:** **/**/** | **Due Date:** **/**/** |

**Complainant:**

| | | |
|---|---|---|
| **Last:** | **First:** | **Mid:** |
| **DOB:** **/**/** | **Dr Lic:** | **Address:** |
| **Race:**    **Sex:** | **Phone:** | **City:** , |

## Offense Codes

**Reported:** ASST ASSIST                    **Observed:**
**Additional Offense:** ASST ASSIST

## Circumstances

**Responding Officers:**                    **Unit :**
        SCHMIDT B                           8021

| | |
|---|---|
| **Responsible Officer:** SCHMIDT B | **Agency:** NW |
| **Received By:** TAYLOR L | **Last Radio Log:** 08:56:06 07/07/23 C |
| **How Received:** T Telephone | **Clearance:** N NO REPORT |
| **When Reported:** 08:43:07 07/07/23 | **Disposition:** CLO **Date:** 07/07/23 |
| **Judicial Status:** | **Occurred between:** 08:43:02 07/07/23 |
| **Misc Entry:** | **and:** 08:43:40 07/07/23 |

**Modus Operandi:**          **Description :**                    **Method :**

## Involvements

| Date | Type | Description | Relationship |
|---|---|---|---|
| 07/07/23 | Name | BERNEGGER, PETER M | Contact |

07/14/23

Roffers Aff. Ex. B

| 07/07/23 | Cad Call | 08:43:07 07/07/23 Assist | Initiating Call |

07/14/23

Roffers Aff. Ex. B

## Narrative

Assisted DCI with serving a harassment order to Peter Bernnegger. Peter refused to take the paper and asked that the DCI Agent place the paper on the front step.

Ben Schmidt #21
New London Police Department

07/14/23

Roffers Aff. Ex. B

## Name Involvements:

**Contact :** 1768094

**Last:** BERNEGGER      **First:** PETER      **Mid:** M

**DOB:** ▮      **Dr Lic:** ▮      **Address:** 1806 BRYNNWOOD TRCE

**Race:** W      **Sex:** M      **Phone:** ▮      **City:** NEW LONDON, WI 54961

07/14/23

Roffers Aff. Ex. B

# Exhibit D

FILED
08-18-2023
Waupaca County Courts
Yvette Kienert
2023CV000046

STATE OF WISCONSIN   CIRCUIT COURT   WAUPACA COUNTY
BRANCH 1

Exhibit D

*5 pages*

PETER BERNEGGER,

      Petitioner,

v.                                                     Case No. 23-CV-0046

WISCONSIN ELECTIONS
COMMISSION,

      Respondent.

---

## SECOND AFFIDAVIT OF JED D. ROFFERS

---

STATE OF WISCONSIN  )
                       )   ss.
COUNTY OF DANE      )

**JED D. ROFFERS**, being first duly sworn on oath, deposes and states as follows:

1. I am an adult resident of the State of Wisconsin who is employed in Dane County. I am a special agent with the Division of Criminal Investigation (DCI) within the Wisconsin Department of Justice. I make this affidavit based upon my personal knowledge and review of business records.

2. I was notified by a DCI staff member on the morning of August 9, 2023, that a subpoena addressed to me and related to the above-captioned case was dropped off at DCI offices in Madison the previous day. I was provided

with an electronically scanned copy of that subpoena. A true and correct copy

of that electronically scanned copy of the subpoena is attached as Exhibit A.

JED D. RØFFERS

Subscribed and sworn to before me
this 17ᵗʰ day of August, 2023.



Notary Public, State of Wisconsin
My Commission: Feb 1ˢᵗ, 2026

2

_Issuing Official_ [signature]

_Title (Print or Type Name)_ Judge Troy L. Nielsen

_Date_ 8/3/2023

Received

AUG 0 9 2023

WI Department of Justice
Division of Criminal Investigation

Receipt of Copy
of the within acknowledged

AUG 8 2023

Wisconsin Attorney General's Office
By _____ Time 2:17

*(COURT SEAL)*

---

STATE OF WISCONSIN, CIRCUIT COURT, **Waupaca** COUNTY

Case Caption:
**Bernegger v. Wisconsin Election Commission**

**Subpoena**

Case No. **23-CV-000046**

The State of Wisconsin to (Witness Name and Address):

Jed Roffers,
17 W. Main St Rm 301
Madison, WI 53703

| Service Information | | |
|---|---|---|
| Date Served 8-8-2023 | Time Served 215pm | Fee Charged $ 55 |
| Manner of Service | | Witness Fee Enclosed |
| ☐ Personal | | $ |
| ☒ Substitute: | | |
| Serving Agency DANE COUNTY CIVIL PROCESS LLC | | |
| Served By (Signature) [signature] | | |

### You are required to appear and give evidence:

**APPEARANCE INFORMATION**

| Date 08-24-23 | Time 9:00 am | Location (Include Room Number) Conference Room Hampton Inn, 1st Floor Fond du lac WI 77 N. Pioneer Rd Fond du lac, WI 54935 |
|---|---|---|
| Presiding Official Freelance Reporting Julie Boressu | | |
| On Behalf Of Peter Bernegger | | Type of Proceeding Oral sworn deposition by certified court reporter using stenographic machine, wis Stats 804.05(1). Transcript can be ordered afterwards from reporter. |

☒ You are further required to bring with you the following: See attached 1 page typed

☒ This is a third-party subpoena. Unless all parties agree otherwise, do not provide any requested items before the date and time of the above proceeding. In addition video camera will record.

### Failure to appear may result in punishment for contempt, which may include monetary penalties, imprisonment and other sanctions.

If you require reasonable accommodations due to a disability to participate in the court process, please call _____ prior to the scheduled court date. Please note that the court does not provide transportation.

If you have any questions about this subpoena, please contact:

| Name (Type or Print) Peter Bernegger | Title Petitioner | Telephone Number 920 551 0510 |
|---|---|---|
| Address 1806 Brynwood Trace, New London, WI 54961 | | |

GF-126A, 11/18 Subpoena

§§005.07, 885.02, and 005.03, Wisconsin Statutes

This form shall not be modified. It may be supplemented with additional material.

Roffers Aff. Ex. A

STATE OF WISCONSIN, CIRCUIT COURT, _____ COUNTY

| Case Caption: | Certificate of Appearance<br>(Subpoena)<br><br>Case No. _____ |
| --- | --- |

The State of Wisconsin to: (Witness Name and Address)

▶

A subpoena was filed on [Date] _____.

| Witness Information | Witness Certificate of Appearance | |
| --- | --- | --- |
| Telephone Number | Date Witness Appeared | Mileage |
| Address Correction | | |

_____
Witness

_____
Name Printed or Typed

_____
Date

GF-128B, 06/02 Certificate of Appearance (Subpoena)          §§805.07, 885 02, and 805.03, Wisconsin Statutes
This form shall not be modified. It may be supplemented with additional material.

Roffers Aff. Ex. A

TO: Jed Roffers                                          August 3, 2023

Documents/records to bring with you and produce at your sworn deposition on August 24, 0223 are listed below. "Documents/records" here means any paper document in your possession, control and/or available to you.

1. All records with the name Meagan Wolfe on/in them. Whether both the first and last name, or just the last name. If the name is on one page of a record with multiple pages, then you are to bring all the pages of that entire record.

2. All records with the name Peter Bernegger on/in them. Whether both the first and last name or just the last name. If the name is on one page of a record with multiple pages then you are to bring all the pages of that entire record.

3. All records filed, sent, given, provided, transmitted to you, to the Wisconsin Capital Police, by Meagan Wolfe. The person Meagan Wolfe, including by any of her agents, who appears at the Wisconsin Election Commission office. To include any complaints, accusations, charges, grievances.

4. All records filed, sent, given, provided, transmitted to you, to the Wisconsin Capital Police, by "others". "Others" identified as each/all of the people of "and others at the Wisconsin Election Commission.". To include any agents these other people used. To include any complaints, accusations, charges, grievances.

5. The subpoena you were process served, 3 pages in total.

Peter Bernegger — Petitioner
Bernegger v Wisconsin Election Commission case no. 23-CV-000046.
1806 Brynnwood Trace
New London, WI  54961
1-920-551-0510

Roffers Aff. Ex. A

1

# Exhibit E

Exhibit E
5 pages

   

**James Scott**

Assistant Professor, Albertus
Magnus College
Connecticut State Trooper, Ret.

**Lynn Cook**

Criminal Justice Program and
Policy Analyst, Office of Crime
Victim Services

**Andrew Nowlan**

Deputy Director,
Crime Information Bureau,
Firearms Unit

**Jed Roffers**

Special Agent, Division of
Criminal Investigation, WI DOJ
Appleton Field Office

**Outagamie County**
*Ascent Land Records Suite*

| User: | Choose Product: | Choose Category: | What do you want to do? | Help |
|---|---|---|---|---|
| Public | Land Records Suite ⌄ | Real Estate Property ⌄ | Search properties ⌄ | ? |

Browser Setup Help

Return to search results                                                Property Summary

| Owner (s):<br>ROFFERS, JED D | Location:<br>NE-NW,Sect. 22, T22N,R18E<br>SE-NW,Sect. 22, T22N,R18E |
|---|---|
| Mailing Address:<br>JED D ROFFERS<br>1567 MEADOW HEIGHTS CIR<br>NEENAH, WI 54956<br><br>Request Mailing Address Change | School District:<br>1953 - SCH D OF FREEDOM AREA |

| Tax Parcel ID Number:<br>090061936 | Tax District:<br>018-TOWN OF FREEDOM | Status:<br>Active 02-10-2023 |
|---|---|---|
| Alternate Tax Parcel Number: | Government Owned: | Acres:<br>0.8700 |

Description - Comments (Please see Documents tab below for related documents. For a complete legal description, see recorded document.):
**LOT 34 COUNTRY FIELDS**

Site Address (es): *(Site address may not be verified and could be incorrect. DO NOT use the site address in lieu of legal description.)*
**W2388 ETHAN DR APPLETON, WI 54913**

[ Printer Friendly Page ]          [ View Interactive Map ]

▾ Taxes





**Jed Roffers**

Special Agent, Wisconsin DOJ - Division of Criminal Investigation (DCI) - Cyber Crimes Unit

Appleton, Wisconsin, United States · Contact Info

178 followers · 173 connections

See your mutual connections

Join to view profile | Message

Wisconsin Department of Justice

University of Wisconsin Oshkosh

## Sign in

Stay updated on your professional world

Sign in

By clicking Continue to join or sign in, you agree to LinkedIn's User Agreement, Privacy Policy, and Cookie Policy.

G Continue with Google

New to LinkedIn? Join now

## Explore collaborative articles

We're unlocking community knowledge in a new way. Experts add insights directly into each article, started with the help of AI.



| | | | | | |
|---|---|---|---|---|---|
| 701944725 | Rios | Kendra | Sue | 920-213-5967 | | 2370 GREAT PLAINS DR AF NEENAH WI 54956 |
| 702610983 | Rios | Paige | Charlotte | | | 1405 GREAT PLAINS DR AF NEENAH WI 54956 |
| 702611049 | Rios | Devon | Brandon | 414-940-7464 | | 2371 GREAT PLAINS DR AF NEENAH WI 54956 |
| 702354483 | Rittgarn | Sandra | Lynn | | | 1801 DUBLIN TRL APT 108 NEENAH WI 54956 |
| 0702350750 | Roberts | Matthew | Aaron | | | 1725 DUBLIN TRL APT 68 NEENAH WI 54956 |
| 0012594738 | Roberts | Elizabeth | A | 920-413-0031 | | 1750 IRISH RD NEENAH WI 54956 |
| 0709397050 | Rodriguez | Tara | M | 920-486-1292 | | 1721 DUBLIN TRL APT 60 NEENAH WI 54956 |
| 700656422 | Rodriguez | Enrique | | JR | | 2224 HILLINGTON DR NEENAH WI 54956 |
| 0012663349 | Roe | Karen | A | 920-969-0402 | | 1576 DALEBROOK DR NEENAH WI 54956 |
| 702178334 | Roffers | Jed | Daniel | 920-939-4777 | | 1567 MEADOW HEIGHTS C NEENAH WI 54956 |
| 702142192 | Roffers | Leah | Christine | | | 1567 MEADOW HEIGHTS C NEENAH WI 54956 |
| 701596947 | Rogelberg | Charles | Andrew | | arogelberg@gmail.com | 1719 DUBLIN TRL APT 49 NEENAH WI 54956 |
| 702463805 | Rohrbeck | Zachary | Alan | 920-319-2022 | zach.rohrbeck16@gmail.com | 1405 GREAT PLAINS DR AF NEENAH WI 54956 |
| 700478569 | Roman | Kasea | L | 920-410-7367 | | 2401 GREAT PLAINS DR AF NEENAH WI 54956 |
| 700235554 | Romasko | Holley | Elizabeth | 906-281-8942 | | 1705 DUBLIN TRL APT 10 NEENAH WI 54956 |
| 702057305 | Romenesko | Kendra | Sue | | | 2370 GREAT PLAINS DR AF NEENAH WI 54956 |
| 701048722 | Romenesko | Jeffery | James | 920-585-6602 | jrromy@yahoo.com | 2370 GREAT PLAINS DR AF NEENAH WI 54956 |
| 700943355 | Rosales | Sandra | Lynn | 815-302-6406 | slrsanj@yahoo.com | 1801 DUBLIN TRL APT 108 NEENAH WI 54956 |
| 700748501 | Rosales | Keith | John | 920-666-4775 | | 1801 DUBLIN TRL APT 108 NEENAH WI 54956 |
| 700748529 | Rosales | Sandra | Lynn | 815-302-6406 | | 1801 DUBLIN TRL APT 108 NEENAH WI 54956 |
| 0046631947 | Rosenwald | Amy | Beth | 262-498-2946 | | 2245 MEADOW HEIGHTS C NEENAH WI 54956 |

# Exhibit F

FILED
08-02-2023
Waupaca County Courts
Yvette Kienert
2023CV000046

STATE OF WISCONSIN　CIRCUIT COURT　WAUPACA COUNTY
BRANCH 1

**Exhibit F**

*4 pages*

PETER BERNEGGER,

　　　　Petitioner,

　　v.　　　　　　　　　　　　　　　　　　Case No. 23-CV-0046

WISCONSIN ELECTIONS
COMMISSION,

　　　　Respondent.

---

## MOTION FOR LEAVE TO FILE SUPPLEMENTAL EVIDENCE IN SUPPORT OF RESPONDENT'S MOTION FOR A PROTECTIVE ORDER TO PREVENT THE DEPOSITION OF MEAGAN WOLFE

---

Respondent Wisconsin Elections Commission (the "Commission") hereby

seeks an order from this Court granting it leave to file supplemental evidence

in support of its pending motion for a protective order to prevent the deposition

of Administrator Meagan Wolfe (Doc. 20). The proffered supplemental evidence

is attached to this motion. And the grounds for this motion are as follows.

Petitioner Peter Bernegger is a pro se petitioner, and he intends to take

the deposition of Ms. Wolfe personally. The Commission filed a motion for a

protective order to prevent such a deposition. (Doc. 20.)

After completion of briefing on the motion, this Court permitted the

parties to file supplemental briefing and the Commission filed a supplemental

brief. (Doc. 55.) The Commission also filed evidence showing that Bernegger has previously engaged in personal attacks against Ms. Wolfe. (Doc. 56–61). The Commission argues that a deposition of Ms. Wolfe by Bernegger would likely lead to more. (Doc. 55.)

Since then, this Court informed the parties through a June 30, 2023, letter, that it would not be deciding the issue surrounding a deposition of Ms. Wolfe while the political process relating to her tenure with the Commission runs its course. (Doc. 77.)

However, important evidence has since come to light that is material to the Commission's pending motion for a protective order.

On July 7, 2023, law enforcement—the Wisconsin Department of Justice's Criminal Investigation Division, with the assistance of the New London Police Department—served a stalking warning letter at the residence of Bernegger. (Affidavit of Kaiser, ¶ 4, Ex. A; Affidavit of Roffers, ¶¶ 2–6, Ex. A–B.) The warning letter states, in part: "The Wisconsin State Capitol Police Department is investigating your behavior toward the above-named persons." (Kaiser Aff., Ex. A; Roffers Aff., Ex. A.) The above-named persons are named as "Meagan Wolfe and others at the Wisconsin Election[s] Commission." (Kaiser Aff., Ex. A; Roffers Aff., Ex. A.) The warning letter continues: "The behavior you have engaged in could be interpreted as 'stalking' as defined by Wisconsin State Statute ss. 940.32 and 802.05(2)." (Kaiser Aff.,

2

Ex. A; Roffers Aff., Ex. A.) It further states: "Stalking can be described as intentionally engaging in a course of conduct directed at a specific person or persons that would cause a reasonable person under the same circumstances to suffer serious emotional distress such as feeling harassed, tormented or intimidated." (Kaiser Aff., Ex. A; Roffers Aff., Ex. A.) And, notably, the warning letter concludes: "Your behavior has induced such distress in Meagan Wolfe and others at the Wisconsin Election[s] Commission." (Kaiser Aff., Ex. A; Roffers Aff., Ex. A.) The stalking warning letter tells Bernegger that the only communications he is to have with Wolfe and others at the Commission is to be pursuant to and as provided by law. (Kaiser Aff., Ex. A; Roffers Aff., Ex. A.)

Given that law enforcement has determined and informed Bernegger that his action toward Wolfe and others could be considered stalking, the Commission intends to argue that this stalking warning letter supports its pending motion for a protective order to prevent the deposition of Ms. Wolfe.

Thus, the Commission respectfully asks this Court to grant it leave to file this evidence in support of the pending motion for a protective order. Because this Court has stated that it would not rule on the pending motion until the political process of Ms. Wolfe's tenure as Administrator has run its course, the Commission will not ask this Court for further supplemental briefing unless the motion for leave is granted and until it is appropriate.

3

Dated this 2nd day of August 2023.

Respectfully submitted,

JOSHUA L. KAUL
Attorney General of Wisconsin

Electronically signed by:

Steven C. Kilpatrick
STEVEN C. KILPATRICK
Assistant Attorney General
State Bar #1025452

Attorneys for Respondent

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-1792
(608) 294-2907 (Fax)
kilpatricksc@doj.state.wi.us

## CERTIFICATE OF SERVICE

I certify that in compliance with Wis. Stat. § 801.18(6), I electronically filed *Motion for Leave to File Supplemental Evidence In Support of Its Motion for a Protective Order to Prevent the Deposition of Meagan Wolfe* with the clerk of court using the Wisconsin Circuit Court Electronic Filing System, which will accomplish electronic notice and service for all participants who are registered users.

Dated this 2nd day of August 2023.

Electronically signed by:

Steven C. Kilpatrick
STEVEN C. KILPATRICK
Assistant Attorney General

# Exhibit G

Case 1:26-cv-00551-BBC    Filed 05/19/26    Page 34 of 57    Document 23-1

FILED
09-05-2023
Clerk of Circuit Court
Waukesha County
2022CV001336

**BY THE COURT:**

**DATE SIGNED: September 5, 2023**

Electronically signed by Michael P. Maxwell
Circuit Court Judge

Exhibit G

*9 pages*

STATE OF WISCONSIN        CIRCUIT COURT- BRANCH 8        WAUKESHA COUNTY

RICHARD BRAUN,

                                          Plaintiff,

vs.

                                                                    Case:  2022CV1336

WISCONSIN ELECTIONS
COMMISSION,

                                          Defendants,

---

## DECISION AND ORDER

---

## INTRODUCTION

The Plaintiff, Richard Braun ("Braun"), is a registered voter and Waukesha County taxpayer who seeks declaratory and injunctive relief related to the use of the National Mail Voter Registration Form for voter registration in Wisconsin.  Braun contends that this form is incompatible with *Wis. Stat. § 6.33(1)*, the statute prescribing the content of Wisconsin's voter registration form. Braun further contends that the Wisconsin Elections Commission ("WEC") never authorized use of the national form and never engaged in statutory rule making with regard to the information requested on the national form that is not required under *Wis. Stat. § 6.33(1)*.

1

WEC argues that Braun lacks standing to pursue the requested relief. Further, WEC argues that the national form complies with Wisconsin election laws and that WEC has not engaged in any rulemaking with regard to the form or guidance offered. *Amicus Curiae*, Vote.Org, makes arguments similar to WEC supporting the conclusion that the national form is lawful under Wisconsin election law and that use of the national form does not constitute administrative rule-making. Both parties have moved for summary judgment.

## FINDINGS OF FACT

1. The National Mail Voter Registration Form ("National Form") is a form made available by the United States Election Assistance Commission for voter registration by mail. (*See Doc.: 57, p. 3*)
2. The Election Administration Manual published by WEC and distributed to all municipal clerks and the public indicates that the National Form is approved for use for voter registration by mail in Wisconsin. (*See id., p. 32*)
3. Plaintiff made an open records request of WEC to provide records that demonstrated when WEC approved use of the form. (*See id., p. 32*)
4. In response to the open records request, WEC provided no records that demonstrated that WEC approved use of the form. (*See id., p. 39*)
5. WEC did provide information related to two previous state agencies that were involved in election administration that showed discussion of the National Form. (*See id.*)
6. Kevin Kennedy, the nearly thirty-three year former agency administrator of the two previous state election agencies, could not provide any specific date or previous agency action that approved use of the National Form. (*See Doc.: 81, p. 1-2*)
7. Wisconsin residents have used the National Form to register to vote in Wisconsin in multiple municipalities. (*See Doc.: 57, p. 35*)

## STANDARD OF REVIEW

Under *Wis. Stat. § 802.08(2)*, summary judgment shall be granted "if the pleadings, depositions, answers to interrogatories, and admissions on file, together with the affidavits, if any, show that there is no genuine issue as to any material fact and that the moving party is entitled to a judgment as a matter of law." *Wis. Stat. § 802.08(2)*. When considering the motion for summary judgment, the Court applies a two-step test. *Green Spring Farms v. Kersten*, 136 Wis. 2d 304, 314-15, 401 N.W.2d 816 (1987). First, the Court determines whether the plaintiff

has stated a claim for relief. *Id.* at 315. And second, applying *Wis. Stat. § 802.08(2)*, the Court determines if there is any factual issue exists that precludes summary judgment. *Id.* The Wisconsin Supreme Court held that "any doubts as to the existence of a genuine issue of material fact are resolved against the moving party." *L.L.N. v. Clauder*, 209 Wis. 2d 674, 684, 563 N.W.2d 434 (1997). "A 'material fact' is a fact that is significant or essential to the issue or matter at hand." *State v. Allen*, 2004 WI 106, ¶ 22, 274 Wis. 2d 568, 682 N.W.2d 433 (citing Black Law Dictionary 611 (7th ed. 1999)).

In deciding whether there are any material factual disputes, the Court must consider whether more than one reasonable inference may be drawn from the undisputed questions. *H&R Block E. Enters., Inc. v. Swenson*, 2008 WI App 3, ¶ 11, 307 Wis. 2d 390, 745 N.W.2d 421. Competing reasonable inferences may constitute a genuine issue of material facts. Id. Further, at the summary judgment stage, the Court does not "decide issues of credibility, weigh the evidence, or choose between differing but reasonable inferences from the undisputed fact . . . ." *Fortier v. Flambeau Plastics Co.*, 164 Wis. 2d 639, 665, 476 N.W.2d 593 (Ct. App. 1991). However, "the [C]ourt takes evidentiary facts in the record as true if not contradicted by opposing proof." *Lambrecht v. Kaczmarczyk*, 2001 WI 25, ¶ 23, 241 Wis. 2d 804, 623 N.W.2d 751.

A properly supported motion for summary judgment is not defeated by the mere allegation of a factual dispute. *Helland v. Kurtis A. Froedtert Mem'l Lutheran Hosp.*, 229 Wis. 2d 751, 756, 601 N.W.2d 318 (Ct. App. 1999). To defeat a motion for summary judgment, the opposing party must set forth "'specific facts,' evidentiary in nature and admissible in form, show that a genuine issue exists for trial." *Id.* "[U]nsubstantiated conclusory remarks, speculation, or testimony which is not based upon personal knowledge" is insufficient. *Id.*

3

## DISCUSSION

Wisconsin uses a decentralized approach to voting by relying on WEC to provide general guidance for lower electors. *State ex rel. Zignego v. Wis. Elections Comm'n*, 2021 WI 32, ¶, 396 Wis. 2d 391, 400, 957 N.W.2d 208, 212 (2021) (citing *Jefferson v. Dane County*, 2020 WI 90, ¶ 24 n.5, 394 Wis. 2d 602, 951 N.W.2d 556).

When dealing with Wisconsin election matters, such as rules and guidance put out by WEC, Wisconsin statutes provide for a form of declaratory relief by proclaiming that the:

> exclusive means of judicial review of the validity of a rule or guidance document shall be an action for declaratory judgment as to the validity of the rule or guidance document brought in the circuit court for the county where the party asserting the invalidity of the rule or guidance document resides or has its principal place of business.

*Wis. Stat. § 227.40(1).*

This statute allows a Court to issue a ruling on both rules and guidance documents that do not comport with proper rule-making procedures set up by Wisconsin Statutes. *Heritage Credit Union v. Office of Credit Unions*, 247 Wis. 2d 589, 607, 634 N.W.2d 593, 602 (Ct. App. 2001) (explaining that logically a Court can declare rules invalid if those rules are not properly promulgated). Guidance documents are reviewable as a result 2017 Wis. Act 369 Sections 65-71 which incorporated them into Wis. Stat. § 227.40 but the methods of judicial review for both rules and guidance documents remain the same. *SEIU, Local 1 v. Vos*, 2020 WI 67, ¶ 111, 393 Wis. 2d 38, 107-110, 946 N.W.2d 35, 71 (2020).

### I.    A voter and taxpayer has standing to challenge the alleged unlawful government conduct.

Standing in Wisconsin "is construed liberally"; even "a trifling interest may suffice."

4

*McConkey v. Van Hollen*, 2010 WI 57, ¶ 15–16, 326 Wis. 2d 1, 783 N.W.2d 855 (citation omitted). It "is not a matter of jurisdiction," but "sound judicial policy," to ensure the issues are "carefully developed and zealously argued." *Id.*

Braun argues that WEC's failure to perform the duties imposed upon WEC by the Legislature with respect to election administration which include making WEC responsible for ensuring that voter registrations are done on forms prescribed by WEC and that meet all of the requirements in *Wis. Stat. § 6.33*. He also argues, as a voter, he is harmed if WEC fails to administer elections as required by law.

Wisconsin has established a two-step standing analysis which asks, first, whether there is an "injury" to the plaintiff's interest and, second, whether that interest is "arguably within the zone of interests to be protected or regulated by the statute or constitutional guarantee in question." *Friends of Black River Forest v. Kohler Co.*, 2022 WI 52, ¶ 18, 402 Wis. 2d 587, 977 N.W.2d 342, reconsideration denied sub nom., *Friends of Black River Forest v. DNR*, 2022 WI 104.

Mr. Braun satisfies this two-step analysis. First, if as alleged, WEC fails to lawfully administer how voters lawfully register and then cast lawful votes, then Mr. Braun as a lawful voter, would have his vote cancelled by an unlawful vote cast by someone who has not lawfully registered due to WEC's failure to lawfully administer voter registration. Mr. Braun, like every other lawfully registered voter, has an interest in making sure voter registration is administered lawfully. In fact, the Wisconsin Supreme Court has said that when it comes to the voter registry "every voter is made or may become an agent in the execution of the law." *State ex rel. Wood v. Baker*, 38 Wis. 71, 85 (1875). The Supreme Court further emphasized the "erroneous interpretation and application of [Wisconsin's election laws] affect matters of great public

5

importance." *Jefferson v. Dane Cty.*, 2020 WI 90, 394 Wis. 2d 602, 951 N.W.2d 556. If an individual voters who were not lawfully registered were able to vote and dilute the votes cast by a lawfully registered voters, this certainly would "affect matters of great importance."

This Court is loath to wade into the tortured decision that the Wisconsin Supreme Court gave lower courts in *Teigen v. WEC*, 2022 WI 64, 403 Wis.2d 607, but it is necessary in the context of the arguments put forth on standing. While the Supreme Court was unable to give lower court's clear guidance on the standing issue in the context of election law cases, what can be gleaned from *Teigen* is that a majority of justices held that a voter, such as Mr. Braun, does have standing to bring the type of action against WEC as is brought here. Three Justices found that voters suffer an injury to their right to vote from illegal election administration because "voters[ ] are entitled to have the elections in which they participate administered properly under the law. Allowing WEC to administer … elections in a manner other than that required by law causes doubts about the fairness of the elections and erodes voter confidence in the electoral process." *Id. at* ¶ 21. They also found that voters are within the zone of interests of the statutes for similar reasons. *Id. at* ¶ 23. A fourth justice concluded that voters have standing to challenge illegal election administration based upon a combination of the Legislature's grant of the right to citizens to challenge illegal election administration under a specific statute, as Braun does here under the statutory language of *Wis. Stat. §* 227.40. That fourth justice, Justice Hagedorn, went on to ask whether WEC's conduct "at least threaten[s] to interfere with or impair *Teigen's* right to have local election officials comply with the law." *Teigen*, 2022 WI 64, ¶ 165. He then answered that question saying that he concludes that they do. *Id.* WEC concedes that a majority of justices in *Teigen* concluded that a voter has standing to challenge the lawful actions of WEC. (*See Doc.: 82, p. 21*)

6

Mr. Braun also has standing as a Wisconsin taxpayer. Wisconsin taxpayers have standing to "contest governmental actions leading to an illegal expenditure of taxpayer funds" in declaratory judgment actions under *Wis. Stat. §* 806.04(2). *Fabick v. Evers*, 2021 WI 28, ¶10, 396 Wis. 2d 231, 956 N.W.2d 856. When a plaintiff contests the "illegal expenditure of taxpayer funds," even a "slight loss" of taxpayer funds is enough to satisfy the "injury" that Wisconsin's standing doctrine requires. *Fabick*, 2021 WI 28, ¶¶ 10–11. *See also City of Appleton v. Town of Menasha*, 142 Wis. 2d 870, 878, 419 N.W.2d 249 (1988). Given that tax dollars are used to fund the salaries and operating expenses of WEC staff, who created and were paid to publish the Election Administration Manual that advises local clerks and the public on the use of the National Form and who generally administer the election laws, Mr. Braun has a right to challenge WEC's unauthorized expenditure of tax dollars in support of those allegedly illegal efforts.

The primary case on taxpayer standing in Wisconsin is *S.D. Realty Co. v. Sewerage Commission of Milwaukee*, 15 Wis. 2d 15, 112 N.W.2d 177 (1961). In that case, the Supreme Court held that taxpayers have standing to challenge any unlawful action by a government entity which results in the expenditure of public funds. This view was later confirmed by the Supreme Court's decision in *Hart v. Ament*, 176 Wis. 2d 694, 699, 500 N.W.2d 312, 314 (1993) in which the Court held that the "alleged pecuniary loss need not be substantial in amount. Even a loss or potential loss which is infinitesimally small with respect to each individual taxpayer will suffice to sustain a taxpayer suit." This view of taxpayer standing is broad and encompasses the allegations of Mr. Braun here. WEC has spent (and will continue to spend) money to produce and publish the Election Administration Manual, to process voter registrations that use an

7

allegedly illegal form, to maintain the statewide voter registration list that contains the names of voters improperly registered using the allegedly illegal forms.

To conclude that a voter and taxpayer in the position such as Mr. Braun did not have standing, would be to conclude that WEC is beyond judicial review. There is nothing in the law that suggests the State Legislature who created WEC intended that result.

## II.     The National Form has not been properly prescribed or promulgated by WEC.

*Wis. Stat.* § 6.33 provides in part:  The commission **shall prescribe** the format, size, and shape of registration forms. [emphasis added.]  The Supreme Court has instructed that the term "prescribe" means "[t]o dictate, ordain, or direct; to establish authoritatively (as a rule or guideline)." *Parsons v. Associated Banc-Corp*, 2017 WI 37, ¶25, 374 Wis. 2d 513, 527, 893 N.W.2d 212, 219 citing *Prescribe, Black's Law Dictionary* at 1373 (10th ed. 2014).  Clearly, the legislature intended, and neither party disputes, that *Wis. Stat.* § 6.33 requires WEC to approve the National Form.  WEC claims, without evidentiary foundation, that the National Form was approved by a prior election agency at some point in the past.  Mr. Braun challenged WEC to produce any evidence that WEC had approved the National Form and WEC produced no evidence showing approval.  WEC attempts feebly to rely upon the affidavit of Mr. Kevin Kennedy, the election agency administrator for the prior two state elections agencies, but Mr. Kennedy as the former chief administrator of elections in this state for nearly thirty-three years can not provide any credible evidence as to where, when, or how the National Form was approved.  Certainly, Mr. Kennedy offers no evidence that WEC approved the National Form as is required by *Wis. Stat.* § 6.33.  WEC was not an extension of the previous state election agencies, but a new creation by the State Legislature with a governing structure completely difference than previous entities. *See 2015 Wis. Act 118.*  As an administrative agency created

by statute, WEC has no independent authority beyond that which can be found in the Wisconsin Statutes. *See, e.g., Martinez v. Dep't of Indus., Lab. & Hum. Rels.*, 165 Wis. 2d 687, 697, 478 N.W.2d 582 (1992) ("We have long recognized that administrative agencies are creations of the legislature and that they can exercise only those powers granted by the legislature."). WEC was empowered by the State Legislature to administer Wisconsin's election laws and then directed WEC to exercise that power by prescribing the voter registration forms which are accepted for use in this State. WEC has failed in this most basic duty by allowing the National Form to be used in Wisconsin where WEC has never actually proscribed its use.

Having determined that the National Form was never lawfully prescribed by WEC, the Court need not determine whether the National Form complies with *Wis. Stat. § 6.33(1)*.

**IT IS HEREBY ORDERED:**

1) The Defendant's Motion for Summary Judgment is DENIED.
2) The Plaintiff's Motion for Summary Judgment is GRANTED in part. The use of the National Form to register a voter in Wisconsin is unlawful as the Wisconsin Elections Commission has never prescribed use of the form as required by *Wis. Stat. § 6.33*.
3) Until such time as the Wisconsin Elections Commission prescribes use of the National Form, the Commission is enjoined from issuing guidance of any kind that the National Form is approved for use or that the National Form may be used to register voters in Wisconsin.
4) Within fourteen days of the date of this Order, the Commission shall withdraw any such guidance and notify all Municipal Clerks that the National Form may not be used for voter registration in Wisconsin. Further, the Commission shall file an affidavit with this Court indicating completion of the same.

<u>**THIS IS A FINAL ORDER FOR PURPOSES OF APPEAL**</u>

9

# Exhibit H

| | Are you a citizen of the United States of America? | ☑ Yes ☐ No | This space for office use only. |
|---|---|---|---|
| | Will you be 18 years old on or before election day? | ☑ Yes ☐ No | |

If you checked "No" in response to either of these questions, do not complete form. (Please see state-specific instructions for rules regarding eligibility to register prior to age 18.)

**1**

| Title | Last Name | First Name | Middle Name(s) | Suffix |
|---|---|---|---|---|
| | Beckman | Sarah | | |

**2**

| Home Address | Apt. or Lot # | City/Town | State | Zip Code |
|---|---|---|---|---|
| 222 Kettle Ridge Cir | | Glenbeulah | WI | 53023 |

**3**

| Address Where You Get Your Mail If Different From Above | City/Town | State | Zip Code |
|---|---|---|---|
| | | | |

**4** Date of Birth — Month Day Year

**5** Telephone Number (optional) 715-212-7800

**6** ID Number – (See item 6 in the instructions for your state)

**7** Choice of Party (see item 7 in the instructions for your State) **Democratic Party**

**8** Race or Ethnic Group (see item 8 in the instructions for your State) Caucasian

**9**
I have reviewed my state's instructions and I swear/affirm that:
- I am a United States citizen
- I meet the eligibility requirements of my state and subscribe to any oath required.
- The information I have provided is true to the best of my knowledge under penalty of perjury. If I have provided false information, I may be fined, imprisoned, or (if not a U.S. citizen) deported from or refused entry to the United States.

*Sarah Beckman*
Please sign full name (or put mark) ▲

Date: 10 / 02 / 2020
Month Day Year

**If you are registering to vote for the first time:** please refer to the application instructions for information on submitting copies of valid identification documents with this form.

## Please fill out the sections below if they apply to you.

If this application is for a **change of name,** what was your name before you changed it?

**A**

| Title | Last Name | First Name | Middle Name(s) | Suffix |
|---|---|---|---|---|
| | | | | |

If you were **registered before but this is the first time you are registering from the address in Box 2,** what was your address where you were registered before?

**B**

| Street (or route and box number) | Apt. or Lot # | City/Town/County | State | Zip Code |
|---|---|---|---|---|
| 2341 Skyline Drive | 3A | Sheboygan | Wisconsin | 53081 |

If you live in a rural area but do not have a street number, or if you have no address, please show on the map where you live.

**C**
- Write in the names of the crossroads (or streets) nearest to where you live.
- Draw an X to show where you live.
- Use a dot to show any schools, churches, stores, or other landmarks near where you live, and write the name of the landmark.

NORTH ↑

Example
Route #2
● Grocery Store
Woodchuck Road
Public School ●
X

If the applicant is unable to sign, who helped the applicant fill out this application? Give name, address and phone number (phone number optional).

**D**

## Mail this application to the address provided for your State.

| Are you a citizen of the United States of America? **Yes** <br> Will you be 18 years old on or before election day? **Yes** <br> If you checked "No" in response to either of these questions, do not complete form. <br> (Please see state-specific instructions for rules regarding eligibility to register prior to age 18.) | | | This space for office use only. | | | |
|---|---|---|---|---|---|---|
| **1** Ms. | Last Name <br> Rodriguez | First Name <br> Constance | | Middle Name(s) | | |
| **2** | Home Address <br> 958 Jessie ln. | Apt. or Lot # | City/Town <br> Random Lake | State <br> Wisconsin | | Zip Code <br> 53075 |
| **3** | Address Where You Get Your Mail If Different From Above | | City/Town | State | | Zip Code |
| **4** | Date of Birth ▓▓▓▓▓ <br> Month    Day    Year | **5** | Telephone Number (optional) | **6** | ID Number – (See item 6 in the instructions for your state) | |
| **7** | Choice of Party <br> (see item 7 in the instructions for your State) | **8** | Race or Ethnic Group <br> (see item 8 in the instructions for your State) | | Driver's License # ▓▓▓▓▓▓ | |

| **9** | I have reviewed my state's instructions and I swear/affirm that: <br> ■ I am a United States citizen <br> ■ I meet the eligibility requirements of my state and subscribe to amy oath required. <br> ■ The information I have provided is true to the best of my knowledge under penalty of perjury. If I have provided false information, I may be fined, imprisoned, or (if not a U.S. citizen) deported from or refused entry to the United States. | *Constance L. Rodriguez* <br> Please sign full name (or put mark) ▲ <br> Date: **11** / **06** / **2012** <br> Month      Day      Year |
|---|---|---|

If you are registering to vote for the first time: please refer to the application instructions for information on submitting copies of valid identification documents with this form.

## Please fill out the sections below if they apply to you.

If this application is for a **change of name,** what was your name before you changed it?

| **A** | Last Name | First Name | Middle Name(s) | |
|---|---|---|---|---|
| | | | | |

If you were **registered before but this is the first time you are registering from the address in Box 2,** what was your address where you were registered before?

| **B** | Street (or route and box number) | Apt. or Lot # | City/Town/County | State | Zip Code |
|---|---|---|---|---|---|
| | | | | | |

If you live in a rural area but do not have a street number, or if you have no address, please show on the map where you live.

| **C** | ■ Write in the names of the crossroads (or streets) nearest to where you live. <br> ■ Draw an X to show where you live. <br> ■ Use a dot to show any schools, churches, stores, or other landmarks near where you live, and write the name of the landmark. | NORTH ↑ |
|---|---|---|

Example: Route #2 — ● Grocery Store — Woodchuck Road — Public School ● — X

If the applicant is unable to sign, who helped the applicant fill out this application? Give name, address and phone number (phone number optional).

| **D** | |
|---|---|
| | |

## Mail this application to the address provided for your State.

**Before completing this form, review the General, Application, and State specific instructions.**

Lima

*Fraudulent Form*

| | | |
|---|---|---|
| Are you a citizen of the United States of America? | [X] Yes [ ] No | This space for office use only. |
| Will you be 18 years old on or before election day? | [X] Yes [ ] No | |
| If you checked "No" in response to either of these questions, do not complete form. | | |
| (Please see state-specific instructions for rules regarding eligibility to register prior to age 18.) | | |

**1** [ ] Mr. [ ] Miss [X] Mrs. [ ] Ms. | Last Name: ARNDT | First Name: KIM | Middle Name(s) | [ ] Jr [ ] Sr / [ ] II [ ] III [ ] IV

**2** Home Address: PO BOX 133 W 4424 KUHLOW DR | Apt. or Lot # | City/Town: HINGHAM | State: WI | Zip Code: 53031

**3** Address Where You Get Your Mail If Different From Above: PO BOX 133 | City/Town: HINGHAM | State: WI | Zip Code: 53031-0133

**4** Date of Birth ▓▓▓▓ Month Day Year

**5** Telephone Number (optional)

**6** ID Number – (See item 6 in the instructions for your state) ▓▓▓▓▓▓▓

**7** Choice of Party (see item 7 in the instructions for your State)

**8** Race or Ethnic Group (see item 8 in the instructions for your State)

**9**
I have reviewed my state's instructions and I swear/affirm that:
- I am a United States citizen
- I meet the eligibility requirements of my state and subscribe to any oath required.
- The information I have provided is true to the best of my knowledge under penalty of perjury. If I have provided false information, I may be fined, imprisoned, or (if not a U.S. citizen) deported from or refused entry to the United States.

*[signature]*
Please sign full name (or put mark) ▲

Date: 8 / 26 / 2020
Month Day Year

**If you are registering to vote for the first time:** please refer to the application instructions for information on submitting copies of valid identification documents with this form.

RECEIVED 9/3/20

## Please fill out the sections below if they apply to you.

If this application is for a change of name, what was your name before you changed it?

**A** [ ] Mr. [ ] Miss [ ] Mrs. [ ] Ms. | Last Name | First Name | Middle Name(s) | [ ] Jr [ ] Sr / [ ] II [ ] III [ ] IV

If you were registered before but this is the first time you are registering from the address in Box 2, what was your address where you were registered before?

**B** Street (or route and box number) | Apt. or Lot # | City/Town/County | State | Zip Code

If you live in a rural area but do not have a street number, or if you have no address, please show on the map where you live.

**C**
- Write in the names of the crossroads (or streets) nearest to where you live.
- Draw an X to show where you live.
- Use a dot to show any schools, churches, stores, or other landmarks near where you live, and write the name of the landmark.

Example
Route #2 | ● Grocery Store
Woodchuck Road
Public School ● | X

NORTH ↑

If the applicant is unable to sign, who helped the applicant fill out this application? Give name, address and phone number (phone number optional).

**D**

## Mail this application to the address provided for your State.

*Verified –*

# Voter Registration Application

**Before completing this form, review the General, Application, and State specific instructions.**

*voter Reg. #: 0018137455*

| Are you a citizen of the United States of America? | ☑ Yes ☐ No | This space for office use only. |
|---|---|---|
| Will you be 18 years old on or before election day? | ☑ Yes ☐ No | |

**If you checked "No" in response to either of these questions, do not complete form.**
(Please see state-specific instructions for rules regarding eligibility to register prior to age 18.)

| 1 | ☐ Mr. ☐ Miss ☐ Mrs. ☑ Ms. | Last Name **Walters** | First Name **Jerri** | Middle Name(s) | ☐ Jr ☐ Sr / ☐ II ☐ III ☐ IV |
|---|---|---|---|---|---|

| 2 | Home Address **521 Wren Lane** | Apt. or Lot # | City/Town **Howards Grove** | State **WI** | Zip Code **53083** |
|---|---|---|---|---|---|

| 3 | Address Where You Get Your Mail If Different From Above | City/Town | State | Zip Code |
|---|---|---|---|---|

| 4 | Date of Birth ___ Month Day Year | 5 | Telephone Number (optional) | 6 | ID Number – (See item 6 in the instructions for your state) |
|---|---|---|---|---|---|

| 7 | Choice of Party (see item 7 in the instructions for your State) | 8 | Race or Ethnic Group (see item 8 in the instructions for your State) |
|---|---|---|---|

| 9 | I have reviewed my state's instructions and I swear/affirm that:<br>■ I am a United States citizen<br>■ I meet the eligibility requirements of my state and subscribe to any oath required.<br>■ The information I have provided is true to the best of my knowledge under penalty of perjury. If I have provided false information, I may be fined, imprisoned, or (if not a U.S. citizen) deported from or refused entry to the United States. | *(signature)*<br>Please sign full name (or put mark) ▲<br><br>Date: **01** / **15** / **2018**<br>Month Day Year |
|---|---|---|

**If you are registering to vote for the first time:** please refer to the application instructions for information on submitting copies of valid identification documents with this form.

## Please fill out the sections below if they apply to you.

If this application is for a **change of name,** what was your name before you changed it?

| A | ☐ Mr. ☐ Miss ☐ Mrs. ☐ Ms. | Last Name | First Name | Middle Name(s) | ☐ Jr ☐ Sr / ☐ II ☐ III ☐ IV |
|---|---|---|---|---|---|

If you were **registered before** but this is the first time you are registering from the address in Box 2, what was your address where you were registered before?

| B | Street (or route and box number) | Apt. or Lot # | City/Town/County | State | Zip Code |
|---|---|---|---|---|---|

If you live in a rural area but do not have a street number, or if you have no address, please show on the map where you live.

| C | ■ Write in the names of the crossroads (or streets) nearest to where you live.<br>■ Draw an X to show where you live.<br>■ Use a dot to show any schools, churches, stores, or other landmarks near where you live, and write the name of the landmark. | NORTH ↑ |
|---|---|---|

Example — Route #2 — ● Grocery Store — Woodchuck Road — X — Public School ●

If the applicant is unable to sign, who helped the applicant fill out this application? Give name, address and phone number (phone number optional).

| D | |
|---|---|

## Mail this application to the address provided for your State.

*House Sold ?*



# Exhibit I

Exhibit I

 Gmail

Peter &lt;pmbmap123@gmail.com&gt;

## Addendum to Defamation Cease and Desist

1 message

**Peter** &lt;pmbmap123@gmail.com&gt;        Mon, May 15, 2023 at 11:33 AM
To: meagan.wolfe@wisconsin.gov, "Hunzicker, Brandon L - ELECTIONS"
&lt;brandon.hunzicker@wisconsin.gov&gt;, "Witecha, James - ELECTIONS"
&lt;james.witecha@wisconsin.gov&gt;

TO: Meagan Wolfe in her individual, and official capacity, to WEC.

I add this Addendum to my demand for you to cease and desist from defaming me and my company. ("I" meaning myself, and my company for this email). Adding here you told State Senators, State Assemblypeople, and/or their aides, the six commissioners, WEC staff and employees, agents of WEC, the civil section of the Wis DOJ (which has now spread to many people across the state of Wisconsin) that I was going to cause violence in your office; with 20 of my friends; I was going to shoot up the place. These are absolute lies and you know it Wolfe, and WEC commissioners. You made it all up. I demand you fully retract it all immediately. You state what you all said, then a full and complete apology, then release it to the press. Every argument in your letter of October 3, 2022 is wrong, incorrect, very misleading, twisted or false.

Adding for you to fully retract, with notice to all who you sent it to, your letter of October 3, 2022. Here you libeled me, my company, in that four page company. Countless municipal clerks across the state found the information I provided was very valuable, helpful, in cleaning up the voter registrations, in correcting mistakes to finding outright voter fraud. Prosecutions have been commenced, and realized, based on my, our, information that your letter trashes. When you sent that letter out the municipal clerks thought they could just stop processing/investigating my, our, legal challenges. You interfered with their statutory duties, both state and federal, to maintain,

 Gmail            Peter <pmbmap123@gmail.com>

## Addendum to Defamation Cease and Desist

1 message

Peter <pmbmap123@gmail.com>       Mon, May 15, 2023 at 11:33 AM
To: meagan.wolfe@wisconsin.gov, "Hunzicker, Brandon L - ELECTIONS"
<brandon.hunzicker@wisconsin.gov>, "Witecha, James - ELECTIONS"
<james.witecha@wisconsin.gov>

TO: Meagan Wolfe in her individual, and official capacity, to WEC.

I add this Addendum to my demand for you to cease and desist from
defaming me and my company. ("I" meaning myself, and my
company for this email). Adding here you told State Senators, State
Assemblypeople, and/or their aides, the six commissioners, WEC
staff and employees, agents of WEC, the civil section of the Wis DOJ
(which has now spread to many people across the state of
Wisconsin) that I was going to cause violence in your office; with 20
of my friends; I was going to shoot up the place. These are absolute
lies and you know it Wolfe, and WEC commissioners. You made it all
up. I demand you fully retract it all immediately. You state what you all
said, then a full and complete apology, then release it to the press.
Every argument in your letter of October 3, 2022 is wrong, incorrect,
very misleading, twisted or false.

Adding for you to fully retract, with notice to all who you sent it to,
your letter of October 3, 2022. Here you libeled me, my company, in
that four page company. Countless municipal clerks across the state
found the information I provided was very valuable, helpful, in
cleaning up the voter registrations, in correcting mistakes to finding
outright voter fraud. Prosecutions have been commenced, and
realized, based on my, our, information that your letter trashes. When
you sent that letter out the municipal clerks thought they could just
stop processing/investigating my, our, legal challenges. You interfered
with their statutory duties, both state and federal, to maintain,

cleanup, the voter registration list. Your false or very misleading statements in that letter to some 1,922 clerks, WEC staff, the public who viewed it on your website or sent it to others:

1) "alleging that certain voter records or voter transactions are improper" Truth: about 462,288 voter registrations had/have an issue with severity ranging from an incorrect letter or number in an address, to missing an APT number (illegal registration) to outright voter fraud such as being registered to a UPS store. 15,107 registrants with missing APT numbers and you do nothing. Instead claiming the state statutes don't define an address. People laugh out loud at you when I tell them this story. Tell me Ms. Wolfe, and WEC commissioners, how many of those apartment written leases don't have the apartment number on them? Tell me what the USPS website says about delivering mail that does not have a complete address on it? (hint: they have no legal obligation to deliver it). Truth found at USPS, state voter registrations, countless municipal clerks too many to name here, myself, my company and our TITAN system. That there were/are 462,288 issues with Active registrations.

2) You, WEC, sent out that letter without any legal authority to do so as you failed to comply with the mandatory Chapter 227 administrative procedures and rules. Just like you failed to do in the illegal dropboxes, in the "curing" of ballots, sending out illegal voter registration forms, then processing them at your secret, hidden, PO Box in Madison, and countless other schemes of yours. The truth is found at my company, myself, state statutes, Chapter 227, and EL administrative rules and the WILL lawsuit filed against you about the illegal voter registration forms. Did you even tell the six commissioners you illegally processed 250,000 paper voter registration applications using your secret PO Box in Madison? Where statute is very clear only the clerks can perform this task.

3) You imply I, us, are incompetent or should not be trusted by writing "are not screened or vetted in any way by the Wisconsin Elections

Case 1:26-cv-00551-BBC    Filed 05/19/26    Page 53 of 57    Document 23-1

Commission or any other official agency. Third-party groups may represent partisan political viewpoints, provide incomplete evidence, make incorrect characterizations of the law, or rely on hearsay." Really? The reason why I had to do the TITIAN project to clean up the voter registration list is because you, WEC and ERIC, have completely failed in doing your jobs. 150,000+ alone moved to a different municipality and you nor ERIC found or fixed them. And the truth is in you Wolfe asking for $500,000 to clean up the voter registration list just 2 weeks ago, to the Joint Finance Committee. The truth is found in our TITAN system, myself, the USPS.

4) You cite 6.48 must be followed in your third paragraph, as if I was not following the law. 6.48 for one is not even constitutional. Second, there are many statutes which permit bringing information something is wrong with a registration to a municipal clerk, then the muni clerk takes action - exactly what 6.48 permits. You cite 6.48 but then omit all the other statutes I cited in my legal challenges to the clerks. Wis Stats 7.15(1)(g) being one, HAVA another. The first provides for the challenge - where I provided the knowledge of suspected elections fraud, irregularities, or violations to the clerks. Where they then had the knowledge to take action if appropriate per 6.48. *7.15(1)(g) In the manner prescribed by the commission, report suspected election frauds, irregularities, or violations of which the clerk has knowledge to the district attorney for the county where the suspected activity occurs and to the commission. The commission shall annually report the information obtained under this paragraph to the legislature under s.* 13.172 (2).

5) You lie by telling the clerks if they followed or even looked at my challenges they might be violating the law "Inactivating a record based solely on the allegations of a private party is unwise and may violate the law." Again, really? You cite 6.48 which permits a citizen to challenge a registrant just above it, then say a citizen challenging a registrant is unwise and may violate the law. And you 7.15(1)(g),

HAVA and other statutes which permit sending information of a registrant to election clerks.

6) your no.1 on p.2 is false as ERIC is not doing its job proven by our finding 462,288 issues - most of them address issues of electors moving to another jurisdiction - source of the truth is my TITAN system, the USPS, the DOT driver's license database.

7) Your no2 on p.2 is false as Inactive voters who have not voted for 16 years (and less years also), yes they have to be inactivated. The source of this truth is WEC's records because you are not sending out postcards to all those who haven't voted for 4 years. And, when you receive some of those postcards back, you are not removing all of them. It is just like the some 22,000 incompetents - the ones you did a George Orwell on and changed the wording from "incompetents" to "administrative action" lumping those into a big general category. What are you hiding?  Why? Why hasn't WEC removed 22,000 incompetents?

8)  Your no.3 on page 2 is completely wrong also. My TITAN system identifies "vacants" where the registered voter no longer lives at that address. Source of the truth: TITAN system, USPS. You don't even have the correct "Description" claiming "A third party claims that active electors reside at a 'vacant property' according to a U.S. Postal Service list."  Nope. I did not. You lied to the clerks and whoever else read your letter including those of the public who received it or saw it on your website.

9) Your no.4 on page 2 is wrong. The ones we challenged and noticed the clerks did register using an illegal address such as a PO Box, a UPS store, and commercial sites. As always you pick one cherry out of thousands and focus on that one cherry while igoring 4,300

others. Like people Actively registered to the Dollar Store in Green Bay.

10) Your no.5 on p.3 is a huge lie as you know darn well hundreds of thousands of people illegally determined themselves as indefinitely confined - then their Facebook posts showed them in large groups of people, out skiing, out with other people hugging them in photos, on vacation, etc.. WEC even told some clerks to remove postings saying people could declare themselves indefinitely confined without any real, valid reason. Where the State Supreme Court agreed with this - you left that out of your letter. Voters could do a self-assessment, but that doesn't mean they can do a false assessment. Again you omitted this from your letter. The bigger lie here, and defamation towards me, is I didn't send challenges out to clerks about electors being indefinitely confined. You are clearly referring to me, my work, my challenges and passing information onto clerks throughout your letter. But you lump me into your no.5 which is informing them I was wrong on the Indefinitely Confined issue. Source of the truth: my challenges emailed to clerks.

11) Your no.6 is a complete lie and libel's me. I was only talking about the incompetents who had Probate Court send a notice to you, to WEC, to remove them because that notice showed a court in this state judged them unable to be competent to cast a ballot. You, WEC, completely failed in processing those complaints. Some 22,000 of them - perhaps more and we don't know because you refuse to say. You who receives over $200,000 per year in compensation from taxpayers yet constantly withhold public records and key information. Source of the truth is my emailed challenges; WEC's records.

12) Your no.7 is not true or accurate either. I identified many true duplicates and clerks have gotten back to me thanking us for doing it. It is not 100% accurate, but since I can't access all the birthdates

there will always be some false positives. Pointing out you have access to birthdates, driver's licenses, yet there still are true duplicates on the voter registration. Truth is found in our TITAN system records, WEC records. I can still provide the information to the clerks to have them check as they have access to the WisVote system.

13) Why did you omit that I found Active voters with two voter ID numbers (one person, two voter ID's)?  Why did you omit we found many voters who were Inactive, then reactivated, voted, all with the exact same voter ID number?  You're on video stating this is impossible. It is possible and you were sent a sampling of them, never heard back.

You have one week to cease and desist. But also to write and publish a full apology detailing all that you said. Clearly stating you made it all up, it is completely false, that you lied. To include every person, and entity, you said all to; to include all clerks, Assemblypeople, State Senators and all their aides. Plus publish it as a press release. Copy all to me via certified mail.

/s/ Peter Bernegger
/s/ Peter Bernegger President of Election Watch, Inc.

📄 **Wolfeletter Third Party Claims Clerk Communication 10.3.22.pdf**
694K