IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

PETER BERNEGGER,

       Plaintiff,

v.                                  Case No. 1:26-cv-00551-BBC

BRANDON KAISER, et al.,

       Defendants.

---

## CERTIFICATE OF SERVICE

---

I, Peter Bernegger, Plaintiff in the above-captioned action, hereby certify under oath penalty of perjury that on the date set forth below, I caused a true and correct copy of the following document to be served on each of the persons identified below, via Federal Express delivery, postage prepaid, addressed to each person at the address shown:

    Plaintiff's First Amended Complaint, together with all exhibits thereto (Exhibits A through I).

PERSONS SERVED:

Clerk of Court
United States District Court
Eastern District of Wisconsin
125 South Jefferson Street, Room 102
Green Bay, Wisconsin 54301-4541

Attorney Rachel L Bachhuber
WisDOJ
Office of the Attorney General
17 W Main St  PO Box 7857
Madison, WI  53707-7857
608-266-0188

1

bachhuberrl@doj.state.wi.us
for Defendant Wolfe


Attorney Jonathon M Davies
WisDOJ
Office of the Attorney General
17 W Main St  PO Box 7857
Madison, WI  53707-7857
608-513-6028
DaviesJM@doj.state.wi.us
Defendants Erwin, Kaiser, Roffers


Attorney Jasmyne M Baynard
Wirth & Baynard
9898 W Bluemound Rd - Ste 2
Wauwatosa, WI 53226
414-291-7979
414-291-7960 (fax)
jmb@wbattys.com
Defendant Schimdt


Dated this 18th day of May, 2026.



PETER BERNEGGER, Plaintiff



1806 Brynnwood Trace
New London, Wisconsin 54961
Telephone: (920) 551-0510
Email: pmbmap123@gmail.com

2