Insert shipping
document here.

cking your
king tips.

ce Guide,
d limits

nsible
options

Scan to learn how we
can help make Earth
a priority together.

ORIGIN ID:ATWA    (920) 551-0510
PETER BERNEGGER
ELECTION WATCH, INC.
1806 BRYNNWOOD TRACE

NEW LONDON, WI 54961
UNITED STATES US

SHIP DATE: 18MAY26
ACTWGT: 1.00 LB
CAD: 263629916/INET4535

BILL SENDER

TO  **CLERK OF COURT**
**US DISTRICT COURT**
**125 S JEFFERSON ST**
**STE 102**
**GREEN BAY WI 54301**
(920) 884-3720         REF:
INV:
PO:                            DEPT:

58KJ3/A906/484B





FedEx
Express

E

J2610201261uv

TUE - 19 MAY 5:00P
STANDARD OVERNIGHT

TRK#
0201    8719 3701 1703

**54 GRBA**

54301

WI-US  ATW




4543 TUE 05/19 08:11
125 S JEFFERSON ST
54301 4541-27
GREEN BAY,WI
**539-8595**
ETP 1    SF-XX-100